UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 18604
  JERRY B LOSASSO
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-6576

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/12/04 and confirmed on 07/02/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  18315.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | SECURED | 7250.00 | 1059.07 | 7250.00 |
| AT&T MOBILITY LLC | UNSECURED | 733.98 | 71.75 | 733.98 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1211.34 | 118.39 | 1211.34 |
| CAPITAL ONE FINANCIAL | UNSECURED | 725.47 | 70.23 | 725.47 |
| MERRICK BANK | UNSECURED | 672.61 | 65.68 | 672.61 |
| ROUNDUP FUNDING LLC | UNSECURED | 3473.19 | 339.36 | 3473.19 |

          Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7250.00 | .00 | 6816.59 | .00 | 14066.59 |
| PRINCIPAL PAID | 7250.00 | .00 | 6816.59 | .00 | 14066.59 |
| INTEREST PAID | 1059.07 | .00 | 665.41 | .00 | 1724.48 |
| TOTAL PAID | 8309.07 | .00 | 7482.00 | .00 | 15791.07 |

The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $  2200.00
and was paid $   500.00  direct and $   1700.00  through the plan.

The Trustee received $    756.74 .

Refunds to the Debtor totaled $      67.19 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 10/11/07                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 18604 JERRY B LOSASSO